1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10

| | |
|---|---|
| VANIKA ARRINGTON, | CASE NO. 3:25-cv-05419-DGE-TLF |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 8) |
| TACOMA POLICE DEPARTMENT, | |
| Defendant. | |

11
12
13
14
15
16

The Court, having reviewed de novo the Report and Recommendation ("R&R") of United States Magistrate Judge Theresa L. Fricke (Dkt. No. 8) and the remaining record, and there being no objections, does hereby find and ORDER:

17
18
19

1. The R&R (Dkt. No. 8) is ADOPTED and

20

2. Plaintiff's complaint is DISMISSED without prejudice.

21

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Theresa L. Fricke.

22
23

Dated this 5th day of December, 2025.

24

1

2

_____
3      David G. Estudillo
       United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24